UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINDEN PICTURES, INC.,<br><br>              Plaintiff,<br><br>-against-<br><br>TRAVENDLY LLC,<br><br>              Defendant. | 23-CV-10328 (ALC)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated February 23, 2024 (ECF 16), Judge Andrew L. Carter, Jr referred this case to Magistrate Judge Gary Stein for General Pretrial, which includes settlement. On February 26, 2024, that referral was reassigned to me.

A settlement conference is scheduled for **Wednesday, May 1, 2024 at 11:00 a.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **April 5, 2024**, to propose three alternative dates and times for the settlement conference during the week of April 29, 2024.

The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **April 24, 2024**, at **5:00 p.m**.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  March 22, 2024  
            New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge