

CopyCat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

T 877-HERO-CAT (877-437-6228)
E dan@copycatlegal.com

April 16, 2024

**VIA ECF**

The Honorable Robyn F. Tarnofsky
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

> The Plaintiff Counsel's request for the settlement conference, scheduled for May 1st, 2024 at 11 AM, to be held remotely is GRANTED. The Courtroom Deputy will email the video conference details a week before the conference is held.
>
> Date: 04/16/2024  SO ORDERED
> New York, NY
>
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

*RE: Minden Pictures, Inc. v. Travendly LLC (Case No. 1:23-cv-10328-ALC)*

Dear Judge Tarnofsky:

    This law firm represents plaintiff Minden Pictures, Inc. ("Plaintiff") in the above matter. On March 22, 2024, the Court ordered the parties to appear for a Settlement Conference scheduled to take place on May 1, 2024, at 11:00 a.m. in New York, NY (the "Conference").

    Undersigned counsel's offices are located in Coral Springs, Florida and Plaintiff's offices are located in California (which is also where Plaintiff's principals reside). In an effort to reduce travel costs, request is hereby respectfully made that the Conference proceed via Zoom or some other remote means.

    Further, because the Copyright Act provides for the recovery of attorneys' fees (subject to the Court's discretion), it is in Defendant's best interest that the Conference proceed remotely to minimize the amount of time incurred in this case on behalf of Plaintiff (to the extent the Conference does not result in settlement).

    Accordingly, Plaintiff respectfully requests that the Court enter an Order: (a) granting this motion and (b) allowing Plaintiff and its counsel to attend the May 1, 2024, conference via Zoom or some other remote means. Thank you.

Respectfully submitted,

Daniel DeSouza, Esq.

1 | P a g e